PD-0360&0361&0362-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

Cause No's
2-12-072CR
2-12-073CR
2-12-074CR

... State of Texas

Motion for a late hearing on a Petition for Discretionary Review and a Extension on filing time.

Appellant Jeffrey Maxwell now comes before the court to ask for a late hearing on appellant's Petition for Discretionary Review and a Extension on filing time Appellant's Attorney Richard Alley SBN 01078010 did notify appellant in a timely manner that appellant's Direct Appeal had affirm on 2-28-14 appellant not find out until 3-25-15

Appellant is also asking for a Extension for filing because appellant has been in the infirmary since 2-10-15 and is unable to go to the law library at this time.

Approved on _____
Dis Approved on _____

## Verification

I Jeffrey Maxwell TDCJ# 01765985 currently incarcerated in Robertson Unit of the TDCJ in Abilene Texas, do hereby verify and affirm that the above Motion are true, correct, signed and dated by me pursuant to Tex. Civ. Prac. and Rem. Code #132.001-003 et seq/title 28 USC 1746 under penalty of perjury

March 25th 2015          Jeffrey Maxwell

Address is
   Jeffrey Maxwell
   #1765985
   Robertson Unit
   12071 FM 3522
   Abilene, Tx 79601

Jeffrey Maxwell
#1765985
Robertson Unit
12071 FM 3522
Abilene Tx. 79601

ABILENE TX 795
26 MAR 2015 PM 1 L

Legal Mail

Texas Court of Criminal Appeals

Supreme Court Bldg.
201 West 14th Street
P.O. Box 12308
Capitol Station
Austin, Texas 78711
78711182308

78711